**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02242-RPM-MEH

MICHAEL REITZ,

      Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC., a New York corporation,
d/b/a OXFORD MANAGEMENT SERVICES,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

     THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

     DATED: December 9th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior Disrict Judge